

## NUMBER 13-09-00658-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

### IN RE: BISHOP LIFTING PRODUCTS, INC.

---

### On Petition for Writ of Mandamus
### and Request for Temporary Relief

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Vela
### Memorandum Opinion Per Curiam[1]

On December 8, 2009, relator, Bishop Lifting Products, Inc., filed a petition for writ of mandamus by which it requests this Court to direct respondent, the Honorable Rudy Delgado, presiding judge of the 93rd Judicial District Court of Hidalgo County, Texas, to grant its motion to compel arbitration. Relator also filed a request for emergency temporary

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

relief, which sought to stay a December 14, 2009 trial setting. *See* TEX. R. APP. P. 52.10(a).

The Court, having examined and fully considered the petition for writ of mandamus and the papers on file,[2] is of the opinion that relator has not shown itself entitled to the relief sought and the petition for writ of mandamus should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, the request for emergency temporary relief and the petition for writ of mandamus are **DENIED**.

PER CURIAM

Delivered and filed
the 9th day of December, 2009.

---

[2] We note that the mandamus record was not indexed. *See* TEX. R. APP. P. 52.7 (providing that any party who files materials for inclusion in the record must provide an "index listing the materials filed and describing them in sufficient detail to identify them."). In our sole discretion, we chose not to strike the petition.